JAMES A. STILLMAN, Appellant, v. ANNE U. STILLMAN and GUY STILLMAN, Respondents.— We consider that the only matter before us for judicial determination is whether Mr. Justice Morschauser had jurisdiction to determine the motion. A notice of motion does not in itself bring the case within the control of any particular justice. Jurisdiction is obtained by a particular justice only when the notice of motion is brought on for hearing, and not by a service of the notice. At the time when the order to show cause was signed by Mr. Justice Morschauser the motion had not been brought on for a hearing at Nyack. Therefore we reach the conclusion that Mr. Justice Morschauser had jurisdiction to entertain and determine the question, and so decide. Order affirmed, without costs. Blackmar, P. J., Rich, Kelly, Manning and Young, JJ., concur.

CONSTANTINO ZACHAROPOULOS, Respondent, v. AGIS ZACHAROPOULOS, Also Known as AGIS ZAHAS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

A. HUPFEL'S SONS, Respondent, v. PIETRO CAPUTO, Appellant.— Appeal dismissed, without costs. Rich, Kelly, Manning, Kelby ,and Young, JJ., concur.

MEYER CHERSONSKY, Appellant, v. LOUIS SCHEFLIN and Others, Respondents.— Appeal dismissed, without costs. Rich, Kelly, Manning, Kelby and Young, JJ., concur.

THEODORE GREENTREE, Respondent, v. THE CITY OF NEW YORK and Another, Appellants.— Appeal dismissed, without costs. Rich, Kelly, Manning, Kelby and Young, JJ., concur.

ANDREW HAYSLIP, SR., Individually and as Administrator, etc., and Others, Respondents, v. THE CITY OF NEW YORK and Another, Appellants.— Appeal dismissed, without costs. Rich, Kelly, Manning, Kelby and Young, JJ., concur.

In the Matter of the Application of the CITY OF NEW YORK, Relative to Acquiring Title, etc., for the Opening and Extending of Archer Street, etc., Fourth Ward, Borough of Queens, etc.— Appeal dismissed, without costs. Rich, Kelly, Manning, Kelby and Young, JJ., concur.

In the Matter of the Application of EULA JORDAN HATCH for a Writ of Habeas Corpus for CHARLES JORDAN HATCH and MILTON FORD HATCH, Infants.— Appeal dismissed, without costs. Rich, Kelly, Manning, Kelby and Young, JJ., concur.

EDWARD MALSKY, Respondent, v. THE CITY OF NEW YORK and Another, Appellants.— Appeal dismissed, without costs. Rich, Kelly, Manning, Kelby and Young, JJ., concur.

CATHERINE MCGRATH, Respondent, v. THE CITY OF NEW YORK and Another, Appellants.— Appeal dismissed, without costs. Rich, Kelly, Manning, Kelby and Young, JJ., concur.

NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent, v THE CITY OF YONKERS, Appellant. (Action No. 1.) — Appeal dismissed, without costs. Rich, Kelly, Manning, Kelby and Young, JJ., concur.